William D. Martin, Respondent, v. The New Trinidad Lake Asphalt Company, Ltd., Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Louis C. Schliep, Respondent, v. Randolph Perkins, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Arthur J. Farley, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. James Keenan, Relator, v. Douglas I. McKay, as Police Commissioner of the City of New York, Respondent. — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Max Brown.— Reference ordered to Hon. Roger A. Pryor, official referee. Order to be settled on notice. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Elias B. Goodman.— Application denied. Order to be settled on notice. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Abraham Greenberg, Appellant, v. Meyer Goldberg, Respondent, Impleaded with Goldberg & Greenberg, Inc.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Jennie Leiman, Appellant, v. Jacob Kulla and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles M. Cohen and Another, Respondents, v. Rose Lukather, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George Bockhaus, Appellant, v. Interborough Rapid Transit Company, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., dissented on the ground that the application of the maxim res ipsa loquitur and the evidence of an uncommon jerk, which was the immediate cause of the accident, presented a question for the jury as to the negligence of the defendant.)

William Leonard, an Infant, etc., Appellant, v. Quayle Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Laughlin, J., dissented.)